648 A.2d 722

IN THE MATTER OF LEE JASPER ROGERS,
AN ATTORNEY AT LAW.

November 1, 1994.

**ORDER**

This matter having been duly presented to the Court, it is ORDERED that **LEE JASPER ROGERS** of **RED BANK,** who was admitted to the bar of this State in 1981, and who was by Order of this Court dated December 6, 1991, suspended from the practice of law for a period of two years, effective January 1, 1992, be restored to the practice of law, effective immediately; and it is further

ORDERED that respondent provide certified annual audits of his attorney books and records for a period of two years and until further Order of the Court; and it is further

ORDERED that respondent satisfy in full on a schedule approved by the Disciplinary Review Board the outstanding administrative costs of $2,373.50; and that it is further

ORDERED that respondent reimburse the Lawyers Fund for Client Protection for the $1,661.76 paid by the Fund on claims filed against him, on a schedule approved by the Fund.